IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GEISSELE AUTOMATICS, LLC, and WHG PROPERTIES, LLC<br><br>Plaintiffs<br><br>v.<br><br>LEWIS MACHINE & TOOL COMPANY<br><br>Defendant | Case No. 4:19-cv-4030-SLD-JEH<br><br>JURY DEMANDED |

## LEWIS MACHINE & TOOL COMPANY'S CERTIFICATE OF INTEREST

The undersigned, counsel of record for Lewis Machine & Tool Company, Defendant furnishes the following in compliance with Rule 11.3 of this court.

1. Represented Party: Lewis Machine & Tool Company;

2. If such party or amicus is a corporation:

    (a) Lewis Machine & Tool Company is a wholly owned corporation.

    (b) Lewis Machine & Tool Company has no publicly held companies owning 10% or more of the corporation.

3. List of law firms to represent Lewis Machine & Tool Company:

    Woodard, Emhardt, Henry, Reeves & Wagner, LLP

1

#1620079

Dated: March 26, 2019 Respectfully submitted,

s/John C. McNett
John C. McNett
William A. McKenna (admission application in process) (designated lead counsel)
Woodard, Emhardt, Henry, Reeves & Wagner, LLP
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204
Tel: (317) 634-3456
Fax: (317) 637-7561
Email: jmcnett@uspatent.com
wmckenna@uspatent.com

***Attorneys for Defendant, Lewis Machine & Tool Company***

#1620079

## CERTIFICATE OF SERVICE

    I hereby certify that on March 26, 2019, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to counsel of record registered with this Court.

                                               s/John C. McNett
                                               John C. McNett

#1620079