UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GEISSELE AUTOMATICS, LLC and WHG PROPERTIES, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LEWIS MACHINE & TOOL COMPANY,<br><br>　　　　Defendant. | Civil Action No. 4:19-CV-04030-SLD-JEH |

## GEISSELE AUTOMATICS, LLC & WHG PROPERTIES, LLC'S RESPONSE TO COUNTERCLAIMS

COME NOW, Plaintiff and Counterclaim Defendants Geissele Automatics, LLC and WHG Properties, LLC ("Counterclaim Defendants"), by their attorneys, hereby answer the counterclaims for declaratory judgment ("Counterclaims") of Defendant and Counterclaim Plaintiff Lewis Machine & Tool Company ("Counterclaim Plaintiff") as follows:

1.　　On information and belief, and based on the allegations set forth in this Paragraph, Counterclaim Plaintiff is a corporation organized under the laws of the State of Illinois, and has a principal place of business at 1305 11th Street West, Milan, Illinois 61264. Counterclaim Defendants have no information with respect to the balance of the allegations set forth in this Paragraph, and deny them on that basis.

2.　　Admitted.

3.　　Counterclaim Defendants admit that this Court has subject matter jurisdiction because the Counterclaim alleges declaratory judgment regarding patent information, but is otherwise without sufficient information to determine the accuracy of the allegations of this Paragraph, and therefore denies them.

1

4. Admitted.

5. On information and belief, and based on the allegations set forth in this Paragraph, Counterclaim Plaintiff is a corporation organized under the laws of the State of Illinois, and has a principal place of business at 1305 11th Street West, Milan, Illinois 61264. Counterclaim Defendants have no information with respect to the balance of the allegations set forth in this Paragraph, and deny them on that basis.

6. Counterclaim Defendants admit that Counterclaim Plaintiff has infringed and continues to infringe the '338 Patent. Counterclaim Defendants otherwise deny the allegations set forth in this Paragraph.

7. Counterclaim Defendants deny the allegations set forth in this Paragraph as they call for a legal conclusion to which no response is required.

8. Counterclaim Defendants admit that Counterclaim Plaintiff seeks declaratory relief. Counterclaim Defendants deny that Counterclaim Plaintiff is entitled to any such relief and otherwise deny the allegations set forth in this Paragraph.

9. Counterclaim Defendants admit that Counterclaim Plaintiff has infringed and continues to infringe the '338 Patent. Counterclaim Defendants otherwise deny the allegations set forth in this Paragraph.

10. Counterclaim Defendants deny the allegations set forth in this Paragraph as they call for a legal conclusion to which no response is required.

11. Counterclaim Defendants admit that Counterclaim Plaintiff seeks declaratory relief. Counterclaim Defendants deny that Counterclaim Plaintiff is entitled to any such relief and otherwise deny the allegations set forth in this Paragraph.

## **AFFIRMATIVE DEFENSES**

Counterclaim Defendants assert the following separate and distinct affirmative and other defenses to the Counterclaims and each cause of action alleged therein, without prejudice to their right to argue that Counterclaim Plaintiff bears the burden of proof as to some or all of them.

### First Affirmative Defense

12. Counterclaim Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of estoppel, waiver, and/or laches.

### Second Affirmative Defense

13. Counterclaim Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

### Third Affirmative Defense

14. Counterclaim Plaintiff's claims fail to state a claim for which relief can be granted.

### Fourth Affirmative Defense

15. Counterclaim Defendants reserve all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

WHEREFORE, Counterclaim Defendants pray as follows:

16. Counterclaim Plaintiff takes nothing by the Counterclaims, and the Counterclaims be dismissed with prejudice;

17. That judgment be entered in favor of Counterclaim Defendants and against Counterclaim Plaintiff;

18. That Counterclaim Defendants be awarded reasonable attorneys' fees subject to proof;

19. That Counterclaim Defendants be awarded the costs of suit herein incurred; and

20. That Counterclaim Defendants be awarded such other and further relief as the Court may deem appropriate.

Dated:  April 16, 2019                    Respectfully Submitted,
                                          Attorneys for Plaintiffs


                                          By:  /s/ William Bogot
                                               William Bogot (SBN 6224505)
                                               Fox Rothschild LLP
                                               353 N. Clark St., Suite 3650
                                               Chicago, IL 60654
                                               Telephone: 312-517-9200
                                               Facsimile: 312-517-9201
                                               wbogot@foxrothschild.com

                                               William Rudy (*Pro Hac Vice*)
                                               Fox Rothschild LLP
                                               17th Street Plaza
                                               1225 17th St., Suite 2200
                                               Denver, CO 80202
                                               Tel: 303-292-1200
                                               Fax: 303-292-1300
                                               wrudy@foxrothschild.com

                                               Jeffrey H. Grant (*Pro Hac Vice*)
                                               Fox Rothschild LLP
                                               10250 Constellation Blvd., Suite 900
                                               Los Angeles, CA 90067
                                               Tel: 310-598-4150
                                               Fax: 310-556-9828
                                               jgrant@foxrothschild.com

                                               **Attorneys for Plaintiffs**
                                               **Geissele Automatics, LLC and WHG**
                                               **Properties, LLC**

**CERTIFICATE OF SERVICE**

  I hereby certify that on the April 16, 2019, I will electronically file (serve) the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William A. McKenna
John C. McNett
Woodard, Emhardt, Henry, Reeves & Wagner, LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204
Tel:  317-634-3456
Fax:  317-637-7561
Email:  jmcnett@uspatent.com
    wmckenna@uspatent.com

Dated: April 16, 2019    Respectfully Submitted,
            Attorneys for Defendant

            By: /s/ William Bogot
              William Bogot (SBN 6224505)
              Fox Rothschild LLP
              353 N. Clark St., Suite 3650
              Chicago, IL 60654
              Telephone: 312-517-9200
              Facsimile: 312-517-9201
              wbogot@foxrothschild.com

              William Rudy (*Pro Hac Vice*)
              Fox Rothschild LLP
              17th Street Plaza
              1225 17th St., Suite 2200
              Denver, CO 80202
              Tel: 303-292-1200
              Fax: 303-292-1300
              wrudy@foxrothschild.com

              Jeffrey H. Grant (*Pro Hac Vice*)
              Fox Rothschild LLP
              10250 Constellation Blvd., Suite 900
              Los Angeles, CA 90067
              Tel: 310-598-4150
              Fax: 310-556-9828
              jgrant@foxrothschild.com
              **Attorneys for Plaintiffs**
              **Geissele Automatics, LLC and WHG**
              **Properties, LLC**